IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES ANTHONY ANDERSON,

        Plaintiff,

v.

                                       Case No. 19-cv-1048-slc

ANDREW SAUL,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew Saul, Commissioner of Social Security against plaintiff James Anthony Anderson affirming the Commissioner's decision and dismissing this case.

| s/ K. Frederickson, Deputy Clerk | 4/29/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |